THE HONORABLE BENJAMIN H. SETTLE
Noted for consideration October 7, 2011

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISA BENNETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERFOR PACIFIC, INC.,<br><br>　　　　　Defendant. | No. 10-CV-05277 BHS<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |

## I.　　STIPULATION

IT IS STIPULATED by and between the parties that any and all claims or causes of action asserted herein by plaintiff Lisa Bennett should be dismissed with prejudice and without costs or fees.

DATED this 7th day of October, 2011, at Seattle, Washington.

| SCOTT, KINNEY FJELSTAD & MACK | STOEL RIVES |
|---|---|
| By: /s/ Daniel R. Fjelstad<br>Daniel R. Fjelstad, WSBA # 18025<br>Erica Shelley Nelson, WSBA # 43235<br>Attorneys for Plaintiff | By: /s/ James M. Shore<br>James M. Shore, WSBA #28095<br>Elena C. Burt, WSBA # 38836<br>Attorneys for Defendant |

| STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE<br>PAGE 1 OF 2 | **SCOTT, KINNEY, FJELSTAD & MACK**<br>600 UNIVERSITY, SUITE 1928<br>SEATTLE, WA 98101-4178<br>TEL: (206) 622-2200<br>FAX: (206) 622-9671 |

## II.   PROPOSED ORDER

The parties having stipulated for dismissal of any and all claims or causes of action asserted herein with prejudice and without costs or fees, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that any and all claims or causes of action asserted herein are dismissed with prejudice and without costs or fees.

DATED this 17th day of October, 2011.

_____

BENJAMIN H. SETTLE
United States District Judge

Presented by:

SCOTT, KINNEY, FJELSTAD & MACK

By: /s/ Daniel R. Fjelstad
     Daniel R. Fjelstad, WSBA # 18025
     Erica Shelley Nelson, WSBA # 43235
     Attorneys for Plaintiff


Approved as to Form;
Notice of Presentation Waived:

STOEL RIVES

By: /s/ James Shore
     James Shore, WSBA #28095
     Elena C. Burt, WSBA #38836
     Attorneys for Defendant


| STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PAGE 2 OF 2 | **SCOTT, KINNEY, FJELSTAD & MACK** 600 UNIVERSITY, SUITE 1928 SEATTLE, WA 98101-4178 TEL: (206) 622-2200 FAX: (206) 622-9671 |
| --- | --- |